Gregory G. Barnett, Esq. (GGB-3751)
CASEY & BARNETT, LLC
317 Madison Ave; 21st Floor
New York, N.Y. 10017
(212) 286-0225
Attorneys for Plaintiffs



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CHIQUITA INTERNATIONAL LIMITED and GREAT
WHITE FLEET LIMITED

              Plaintiff,

      - against -

MV BOSSE her engines, boilers, tackle,
furniture, apparel, etc., *in rem* ;  BOSSE SHIPPING
LTD. AND HOLY HOUSE SHIPPING AB *in personam*

             Defendants
-----------------------------------------------------------------------X

07 CIV 6786

**FED.R.CIV.P. 7.1**
**STATEMENT**

NOW comes plaintiffs, CHIQUITA INTERNATIONAL LIMITED and GREAT WHITE

FLEET LIMITED and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P.,

Rule 7.1. Chiquita Brands International Inc. is the publicly traded parent of Plaintiffs.


Dated: New York, New York
       July 27, 2007


                                        Casey & Barnett, LLP
                                        Attorneys for Plaintiff

                            By: _____
                                  Gregory G. Barnett (GGB-3751)
                                  317 Madison Avenue, 21st Floor
                                  New York, New York 10017
                                  (212) 286-0225