384-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
BOSSE SHIPPING LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHIQUITA INTERNATIONAL LIMITED and           07 CV 6786 (PKL)
GREAT WHITE FLEET LIMITED,
                                    Plaintiffs,

         -against-                                           **DECLARATION OF**
                                                             **EINAR BLIDBERG**
M/V BOSSE, her engines, boilers, tackle, furniture,
apparel, etc., *in rem,* BOSSE SHIPPING LTD., and
HOLY HOUSE SHIPPING AB *in personam,*

                                    Defendants.
------------------------------------------------------------X

         Einar Blidberg, pursuant to Title 28 § 1746 of the United States Code, hereby

declares and says the following under penalty of perjury:

         1.    I Einar Blidberg, am the Financial Controller of Holy House Shipping AB,

one of the Defendants in this action. I submit this Declaration in support of the motion of

Holy House Shipping AB (hereinafter "Holy House") to vacate the Rule B attachment of

certain funds which have been restrained in this action.  Holy House is authorized by the

shipowners whose funds have been improperly restrained to make this motion on their

behalf.

         2.    Insofar as the contents of this Declaration are within my own knowledge,

they are true.  Insofar as the contents of this Declaration are not within my own

knowledge, they are true to the best of my information and belief.

3. Holy House contracts to provide technical and commercial management of a fleet of 15 refrigerated cargo ships on behalf of the vessels' respective owners, including but not limited to Bosse Shipping, Amalia Shipping Ltd., Stina Shipping Ltd., Cherry Shipping Ltd., Morillo Shipping Ltd., Tasman Start Shipping Ltd., County Maritime Ltd., Pink Fox (Cayman), Ltd., and Kea Shipping Ltd.

4. Since January 16, 2002, Holy House has served as the manager of the M/V BOSSE which is owned by Bosse Shipping. Bosse Shipping has no interest in any other vessel managed by Holy House.

5. In its capacity as manager, Holy House arranged for the charter of the M/V BOSSE to Plaintiff Great White Fleet Limited ("GWF") in April, 2005 to carry a cargo of bananas belonging to Plaintiff Chiquita International Limited ("Chiquita").

6. Pursuant to the terms of the charter between Bosse Shipping and GWF, payment of charter hire was directed to be made to Holy House. Such clauses are not unusual in charters where the vessel's owner has contracted with a manager to undertake the commercial operation of the vessel on its behalf.

7. Acting in its capacity as manager and agent for Bosse Shipping, Holy House received payments of hire from GWF under the April, 2005 charter.

8. I am informed that Plaintiffs Chiquita and GWF applied to this Court on or about July 27, 2007 for an Order directing that funds belonging to Bosse Shipping and Holy House be restrained as security for the claims alleged by Chiquita and GWF in their complaint filed the same day.

9.     I further understand that this Honorable Court executed an Order for the issuance of a Process of Maritime Attachment and Garnishment ("PMAG") which was subsequently served upon a number of banks within New York.

10.    I further understand that five wire transfers have been restrained by JPMorgan Chase Bank and Deustche Bank Trust Company Americas, New York pursuant to the PMAG.

11.    The first payment, in the amount of $9,989.00 was restrained on or about August 7, 2007 at JPMorgan Chase Bank. This transfer was made by Holy House to Golden Horn Shipping Transportation and Trading Ltd. which acts as the local agent for vessels managed by Holy House calling at ports in Turkey or passing the Turkish Straits. The payment was being made by Holy House, in its capacity as agent for its vessel owning clients, to satisfy various outstanding balances on several different vessels. In accordance with the terms of the management agreement, the shipowners provide Holy House with funds on account to be used to pay such debts incurred on the part of the owner.

12.    As indicated on the email from Golden Horn to Holy House dated August 1, 2007, attached hereto as Exhibit A, there was a balance due Golden Horn in respect of the M/V BOSSE in the sum of $4348.00. Bosse Shipping had previously placed Holy House in funds to make the payment on its behalf. Accordingly, the payment was, in part, from Bosse Shipping not Holy House funds. The balance of the payment was for the debts of the other vessels identified in the August 1, 2007 email from Golden Horn and was being paid from funds provided to Holy House by the other vessel owners for

that purpose. None of the funds restrained belong to Holy House or are funds in which Holy House has an interest.

13.    The second wire in the amount of $77,699.29 was restrained on or about August 17, 2007 at Deustsche Bank Trust Company. See documents attached hereto as Exhibit B. The transfer was being affected by Lavinia Shipping, part of the Laskaridis Group of Greece, which had chartered the M/V MORILLO, a vessel owned by Morillo Shipping Ltd. and managed by Holy House, under a charter party dated July 5, 2007 in satisfaction of Lavinia Shipping's obligation to pay hire to the shipowner. The charter party required payment of hire due to Morillo Shipping Ltd. to be sent directly to Holy House, as the owner's agent. Neither Holy House nor Bosse Shipping has any interest in these funds.

14.    The third payment, in the amount of $131.84 was restrained on or about August 23, 2007 at JPMorgan Chase Bank. This payment was being made by Norton Lilly, which acted as local agents on behalf of the vessel M/V KEA, owned by Kea Shipping Ltd. and managed by Holy House, in respect to the repatriation of a crewmember during the vessel's call at Panama in July 2007. As shown on the documents attached hereto as Exhibit C, the agent had requested $1,000 on account to pay the anticipated expenses of the repatriation. The actual costs were less than $1,000 which had been advanced to the agent by Holy House from funds belonging to Kea Shipping Ltd. and the $131.84 balance was being returned to Holy House to be credited to the shipowner.

15.    The fourth payment in the amount of $189,159.28 was restrained on or about August 29, 2007 at JPMorgan Chase Bank. This payment was being made by

Sunline Shipping Limited, which had chartered the M/V TASMAN START, a vessel owned by Tasman Start Shipping Ltd. and managed by Holy House, under a charter party dated June 19, 2007. Attached hereto as Exhibit D is a copy of the telefax message dated August 29, 2007 from DN.G. De Nadai Group SpA, charterer's broker, which details the breakdown of the amounts being paid. See documents attached hereto as Exhibit E. Under the terms of the charter party the hire was to be paid to Holy House which would then credit the funds to the shipowner as per the usual and customary practice.

16.     The fifth wire in the amount of $353,484.54 was restrained at JPMorgan Chase Bank on August 31, 2007. This wire was being sent by Seven Hills LLC in payment of charter hire for the vessel M/V STINA which it had chartered from her owner Stina Shipping Ltd. under a charter dated August 21, 2007. Holy House acts as manager of the vessel and has no interest in the funds. Seven Hills LLC is a company related to Chiquita / Great White Fleet.

17.     In sum, with the exception of the $4,348 being paid to Golden Horn Shipping on behalf of Bosse Shipping, none of the funds sent under the five wire transfers which have been restrained in this action belong to either Holy House or Bosse Shipping, are due or owing by Holy House or Bosse Shipping, or represent funds in which Holy House or Bosse Shipping have any interest.

18.     Holy House is paid a management fee by the respective owners of the vessels it manages pursuant to the terms of a contract with each individual owner. Holy House does not receive any percentage of any payment made to or from any of the owners of the vessels it manages.

19.    As explained above, Holy House sends and receives funds on behalf of the owners of the vessels for whom Holy House acts as commercial manager in accordance with the specific request of the owners. In doing so, Holy House acts as agent only and does not have any personal interest in the transaction.

20.    It is my understanding that none of the other shipowners for whom Holy House acts as manager have any contractual agreements with Bosse Shipping and none owe any debt to or are owed a debt by Bosse Shipping.

21.    Restraint of the subject funds has caused problems for the shipowners involved including commercial embarrassment and has impaired their ability to conduct their business which includes the regular transfer of U.S. dollar denominated funds by wire. These owners are wholly innocent of the matters asserted by Chiquita and GWF in the Verified Complaint and their funds should not be restrained.

22.    Neither Holy House nor Bosse Shipping have received notice of any of these restraints directly from the attorneys representing Chiquita and GWF as I am informed was required to have been done pursuant to the Local Court Rules. I am informed that the attorneys acting for Holy House and Bosse Shipping, Freehill Hogan & Mahar, have been advised by Plaintiff's counsel of the restraint of the payments of August 23, 29, and 31, 2007.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: Stockholm, Sweden
       5 September 2007

Einar Blidberg

# EXHIBIT A
# DECLARATION OF
# EINAR BLIDBERG

## Fredrik Mattsson

**From:** Golden Horn Shipping [tansu@goldenhornmaritime.com.tr]

**Sent:** den 1 augusti 2007 15:11

**To:** shipping

**Cc:** finance@goldenhornmaritime.com.tr

**Subject:** Outstanding balances

Dear Fredrik,

Please note that below records received from our account department.

| Vessel name | Remittance | Final D/A | Balance to our favour | Balance to your favour |
|---|---|---|---|---|
| MV Amalia | USD. | USD. 1887 | USD. 1887 | |
| MV Stina | USD. 3977 | USD. 5008 | USD. 1031 | |
| MV Cherry | USD. 1978 | USD. 2195 | USD. 217 | |
| MV Morillo | USD. 4500 | USD. 5332 | USD. 832 | |
| MV Tasman Start | USD. 3978 | USD. 5201 | USD. 1223 | |
| MV Morillo | USD. 4488 | USD. 5053 | USD. 565 | |
| MV Amalia | USD. 3000 | USD. | | |
| 1881 | USD. | USD.1119 | | |
| MV Tasman Start | USD. 2000 | USD. 3154 | USD. 1154 | |
| MV Cherry | USD. | USD. 927 | USD. 927 | |
| MV Selma | USD. 2725 | USD. 2880 | USD. 155 | |
| MV Selma | USD.46380 | USD.47241 | USD. 861 | |
| MV Stina | USD. 3000 | USD. | | |
| 1888 | USD. | USD.1112 | | |
| MV Lapponian Reefer | USD. 4990 | USD. | | |
| 4010 | USD. | USD. 980 | | |
| MV Bosse | USD. 3000 | USD. 7348 | USD. 4348 | |

```
-------------------------------------------------------------------------
------------
Total                                                        USD.13200
USD.3211
=========================================================================
```

According to a/m statement balance to our favour USD.9989,

Plse kindly confirm.

Awaiting yours.

B. Rgds,
Tansu Erdal
++

# Nordea

| | | Referensnr |
|---|---|---|
| Outgoing Payments, IPS | Datum | 721902202 |
| SE-105 71 STOCKHOLM | 2007-08-07 | INTERPAY EXPRESS SWIFT |

(13)

HOLY HOUSE SHIPPING AB

BOX 1150
111 81 STOCKHOLM

Betalningsmottagare
GOLDEN HORN

ISTANBUL TURKEY

Mottagarnr: BOSGOHO

**Avsänt belopp**

USD          9,989.00

Mottagande bank
ANDLTRIS
ANADOLUBANK AS
HEAD OFFICE
ISTANBUL
Konto
TR310013500000001225870003

Specifikation

| Belopp | Kurs | Termin | Korrespondentbank |
|---|---|---|---|
| 9,989.00 | | 39687755482 | JP MORGAN CHASE BANK NA NEW YORK, NY |

Referens
7-AUG SETTLEMENT AS PER Y
OUR EMAIL SENT 1 AUG 2007
. PAID US 9,989.00

| | |
|---|---|
| Pris | 30.00 |
| Expresstillägg | 300.00 |
| Utl. kostnad | |

| Belastat | 2007-08-07 | |
|---|---|---|
| 39687755482 | USD | 9,989.00 |
| 41541034690 | SEK | 330.00 |

ISN

145651-

IRN 3953
103 721 - 902202

| Nordea Bank AB | Publikt bolag (publ) | Org./Momo-nr | 516406-0120 / SE663000019501 | | Styrelsens säte | Stockholm |
|---|---|---|---|---|---|---|
| Postadress | Besöksadress | Telefon | Fax | Swift | Bankgiro | PlusGiro |
| 105 71 STOCKHOLM | Kllabergsvägen 8 126 49 Hägersten | +46 8 534 93500 | +46 8 645 7819 | NDEASESS | 330-0019 | 51-3 |

# EXHIBIT B
# DECLARATION OF
# EINAR BLIDBERG

## Fredrik Mattsson

**From:**      Fredrik Mattsson
**Sent:**      den 9 augustl 2007 12:07
**To:**        'mss@monaco-shipping com'
**Subject:**   M/V Morillo



inv lav 3.pdf (19
KB)

Anna - Pierre / Fredrik
Re M/V Morillo

Attached please find the invoice for preliminary 3rd hire M/V Morillo.

Kindly forward the same to Charterers and please advise remittance details.


Best Regards
HOLY HOUSE SHIPPING
as agents only
Fredrik Mattsson
Tel:  +46  (0)8-23 74 60
Fax: +46  (0)8-791 50 39

1

Owning Company :- **MORILLO SHIPPING Ltd**

c/o HOLY HOUSE SHIPPING AB
Box 1150  S - 111  81 STOCKHOLM, SWEDEN

Charterer :- LAVINIA CORP.
80 Broad Street
Monrovia, Liberia

Broker:- Monaco Shipping Services

Invoice Dated :- August 7, 2007

As per C/P Dated July 5, 2007

We debit you :- **USD 77,699.29**

Calculated as follows :- Preliminary 3rd hire
less commission 3,75% as per attached calculation.

Payment terms :- As per C/P
Receiver :- HOLY HOUSE SHIPPING AB
PO Box 1150
S - 111 81 STOCKHOLM, SWEDEN

Bank:- NORDEA
Branch :- STOCKHOLM
Swift Code :- NDEASESS
Account # SE 74 3000 0000 0396 8775 5482

Correspondent Bank New York:- JP Morgan Chase Bank
Swift Code:- CHASUS33
AbA Routing:- 021 000 021

Message upon payment :- M/V Morillo Preliminary 3rd hire

03-Sep-2007 10:33 From:HOLY HOUSE           +4687915039          Till:Fax Server          P.4/8



Hire Calculation

3rd hire

07-08-14 00:00 - 07-08-29 00:00 = 15 days

|  | hire | 0,34 | Cbt 474-862 | 60 726,54 |
| Commission |  |  | 3,75% | 3 027,25 |
| Total less commission |  |  |  | 77 699,29 |

## Fredrik Mattsson

**From:** Anna LAMELZA [alamelza@monaco-shipping com] on behalf of Monaco Shipping
[mss@monaco-shipping.com]
**Sent:** den 21 augusti 2007 13 58
**To:** shipping
**Subject:** TR. Morillo/Lavinia

 
b002001.TIF (15   b002002.TIF (33
KB)   KB)

From: Monaco Shipping Services / Anna Lamelza

 Fredrik/Anna

 FM LAVINIA

REF MORILLO 3RD HIRE USD 77699.29
======
ACCORDING TO THE ATTACHED MSG WHICH WE HAVE RECEIVED FROM OUR BANKERS THERE IS A LEGAL
PROBLEM IN USA WITH OWNERS PLEASE ASK OWNERS TO INVESTIGATE THE MATTER IMMLY AND
INFORM US ACCORDINGLY

 end

Comments???...


Best Regards / MSS
Phone : +377 - 97970500
Fax :  +377 - 97970505
Email : mss@monaco-shipping.com

**NATIONAL BANK OF
GREECE S.A.
LONDON BRANCH
BACK OFFICE &
PAYMENTS DEPARTMENT**



**To:** **LASKARIDIS SHIPPING**          **From:** Back Office / Payments Dept.

  5 Xenias and Ch. Trikoupi St.                 Tel: 020 70150602

  Kiffisia, Athens GR145 52                 Tel: 020 70160627

  **GREECE**

---

**Fax:** **0030210 8089710/11/12**          **Pages:** 1 OF .....

---

**ATT.** Mr Antoniou or Mr Vassilopoulos     **Date:** 4/p/07

**Re:**                                        **Fax:** 020 7626 0903

---

**We attach transactions confirmations concerning your group of companies
accounts with us.**

**Regards,**


**National Bank of Greece**

**London Branch.**

20/08/07-21:54:41          GBALCOM-3611-000001                    1

--------------------- Instance Type and Transmission ---------------
Original received from SWIFT
Priority            : Normal
Message Output Reference : 1954 070820ETHNGB2LAXXX4384004074
Correspondent Input Reference . 1454 070820BKTRUS33AXXX9099358448
------------------------- Message Header ------------------------
Swift Output : FIN 199 Free Format Message
Sender        : BKTRUS33XXX
                DEUTSCHE BANK TRUST COMPANY AMERICAS
                NEW YORK,NY US
Receiver      : ETHNGB2LXXX
                NATIONAL BANK OF GREECE S.A.
                LONDON GB
MUR : 0708201953456300

-------------------------- Message Text ------------------------
 20: Transaction Reference Number
     070817 604384
 21: Related Reference
     600FT0722900041
 79: Narrative
     WE REFER TO YOUR 103 INSTRUCTION DATED
     08/17/07 REFERENCE NUMBER 600FT0722900041 FOR USD
     77,699.29 VALUE 08/17/07
     .
     PLEASE BE ADVISED THAT WE WERE UNABLE TO EXECUTE
     YOUR PAYMENT ORDER AS PER OUR LEGAL DEPARTMENT
     INSTRUCTIONS AND PER WRIT OF MARITIME ATTACHEMENT
     THAT WAS RECEIVED FROM UNITED STATES DISTRICT
     COURT FOR THE SOUTHERN NEW YORK DISTRICT
     REQUESTING TO HOLD ALL PAYMENTS REGARDING HOLY
     HOUSE SHIPPING AB.
     .
     BE ADVISED THE YOUR ACCOUNT HAS BEEN CHARGE AND
     THE FUNDS WILL BE HELD UNTIL SUCH TIME THAT THE
     MARITIME ATTACHMENT HAS BEEN DESOLVED.
     .
     SHOULD YOU WISH FOR A COPY OF THE COURT ORDER
     PLEASE ADVISE ME OFYOUR FAX NUMBER ALONG WITH AN
     INDIVIDUAL TO SEND IT TO AND OR THEIR EMAIL
     ADDRESS.
     .
     PLEASE QUOTE OUR REFERENCE NUMBER, 070817604384 IN
     ALL FUTURE CORRESPONDENCE RELATING TO THIS CASE.
     .
     REGARDS, MARCIA HANSON PAYMENT INVESTIGATIONS
-------------------------- Message Trailer ------------------------
 (MAC:F5409804)
 (CHK:53750128F64D)

# EXHIBIT C
# DECLARATION OF
# EINAR BLIDBERG

(14)

**Mikael Jonsson**

| | |
|---|---|
| From: | Josefa Fung [jfung@norton-lilly.com] |
| Sent: | den 20 juli 2007 15 15 |
| To: | shipping |
| Subject: | MV KEA |

2839

Good day Mr Jonsson

We confirm c/o Mr Melchinenko disembarked and repatriated as per flight schedule. Pls be advised flwg estimate exps have incurred:

| | | |
|---|---|---|
| Sign off fee | USD | 90.00 |
| Immigration | USD | 25.00 |
| Hotel/meal 2 days | USD | 250.00 |
| Transportation | USD | 150.00 |
| Launch | USD | 300.00 |
| Incidentals | USD | 120.00 |
| Envelope landed | USD | 65.00 for courier |

Total       USD 1,000.00

193050

Appreciate remit funds to cover estimate exps to flwg bank account:

HSBC BANK USA
New York, N.Y.
ABA No. 021 001 088
Acct No. 000125849
Swift Code: MRMDUS33
Beneficiary: Norton Lilly International (Panama) S.A.

Pls confirm

Tks, best rgds

*ok enl. Madre.*
*2007-07-23*

1

## Nordea

Outgoing Payments, IPS
SE-105 71 STOCKHOLM

**Datum**
2007-07-24

Referensnr
720501159
INTERPAY NORMAL SWIFT

HOLY HOUSE SHIPPING AB

BOX 1150
111 81 STOCKHOLM

Betalningsmottagare
NORTON LILLY INTL.

P.O. BOX. 0301-03397
COLON, REP. OF PANAMA.

Mottagarnr: 0002839

| Avsänt belopp | |
|---|---|
| USD | 1,000.00 |

Mottagande bank
MRMDUS33
HSBC BANK USA NA
NEW YORK, NY
Konto
000125849
Bankkontorskod
//FW021001088

Specifikation

| Belopp | Kurs | Termin |
|---|---|---|
| 1,000.00 | | 39687755482 |

Korrespondentbank
CITIBANK NA
NEW YORK, NY

Referens
PROFORMA DA MR MELCHINENK
O MV KEA USD 1000

| | |
|---|---|
| Pris | 30.00 |
| Expresstillägg | |
| Utl. kostnad | 150.00 |

| Belastat | 2007-07-24 | | |
|---|---|---|---|
| 39687755482 | USD | 1,000.00 |
| 41541034690 | SEK | 180.00 |

| Nordea Bank AB | Publikt bolag (publ) | Org- /Moms-nr | 516406-0120 / SE663000019501 | Styrelsens säte | Stockholm |
|---|---|---|---|---|---|
| Postadress | Besöksadress | Telefon | Fax | Swift | Bankgiro | PlusGiro |
| 105 71 STOCKHOLM | Klabergsvägen 8 126 48 Hägersten | +46 8 534 93500 | +46 8 645 7819 | NDEABESS | 330-0019 | 51-3 |



**NORTON LILLY**
**INTERNATIONAL**
**PANAMA, S.A.**

Tel  (507) 441-7255
447-2600
447-2606
Fax ( 507) 441-7126
Web  www.norton-lilly.com
Email · manager@norton-lilly.com

MASONIC TEMPLE BUILDING  * P.O. BOX. 0301-03397 *COLON, REP. OF PANAMA

*August 16, 2007*

*Messrs.*
**HOLY HOUSE SHIPPING AB**
*KUNGSGATAN 55*
*6 TR*
*STOCKHOLM, SWEDEN*

*Attn.: Mr. Mikael Jonsson*

*Ref.: MV. "KEA" V. 0727 NB 07.16.2007*

*Gentlemen:*

*We enclose herewith our Disbursement Account with supporting vouchers for the above vessel which reflects a credit balance of US$131,84\*\*\**

*Unless otherwise instructed, this amount will be applied to your General Statement of Account with us.*

*Trusting all attachments are in order, we remain.*

*Yours faithfully,*
*NORTON LILLY INTERNATIONAL (PANAMA), S.A.*

*Josefa Fung*
*Adm. Operations Supervisor*

*/oh*
*Encls.*

2007-08-23

Panama city  Edificio Frontenac  *Local 2-A Calle 50 y Esquina 54 Este  *P.O. Box 0832-2775 World Trade Center  *Panama, Rep of Panama
Tel : (507) 269-1613 / 269-9143  *Fax (507) 269-9144 / 269-3926  *Web  www.norton-lilly.com  *Email: apaibalb@norton-lilly.com



# NORTON LILLY
### INTERNATIONAL
## PANAMA, S.A.

Telephone: (507) 441-7255
Telefax: (507) 441-7126
P.O.Box: 0301-03397

Page:    1    of    1

**:OLY HOUSE SHIPPING AB**

UNGSGATAN 55

TR

TOCKHOLM, SWEDEN

| | |
|---|---|
| Date | : Ago 16, 2007 |
| Vessel | : KEA |
| Reference | : 0727 NB |
| Arrival | : 07/16/2007 |
| Code | : KE09(1007.07.16)    /    HO04 |

Inv. No.:

## STATEMENT OF VESSEL - OWNERS DISBURSEMENT

| DATE | DETAILS | REF. NO. | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | **REMITTANCE RECEIVED :** | | | | |
| 07/26/2007 | HSBC BANK USA - N.Y. | TCS253 | | 1,000.00 | |
| | **LAUNCH HIRE :** | | | | |
| 07/23/2007 | TRANSACUATICOS, S.A. | 31150 | 277.50 | | |
| | **IMMIGRATION SERVICE :** | | | | |
| 07/23/2007 | DIRECCION NAC. DE MIGRACION | 134794 | 25.00 | | |
| | **HOTEL EXPENSES :** | | | | |
| 07/23/2007 | MELIA PANAMA CANAL | 18246 | 149.16 | | |
| | **AIR FREIGHT CHARGES :** | | | | |
| 07/17/2007 | DHL WORLDWIDE EXPRESS | 630344 | 75.00 | | |
| 08/15/2007 | DHL WORLDWIDE EXPRESS | 643271 | 59.00 | | |
| | **AUTO HIRE :** | | | | |
| 07/19/2007 | FELICIANO GALVAN | 134738 | 16.00 | | |
| 07/25/2007 | FELICIANO GALVAN | 134772 | 126.00 | | |
| | **COMMUNICATION EXPENSES :** | | 46.00 | | |
| | **AGENCY FEE :** | | | | |
| 08/15/2007 | AS PER ATTACHED - FEES | 45161 | 90.00 | | |
| 08/15/2007 | TESORO NACIONAL (ITBMS - 5%) | 45161 | 4.50 | | |
| **Prepared By: oharriott** | **TOTAL ===>** | | **868.16** | **1,000.00** | **-131.84** |

# EXHIBIT D
# DECLARATION OF
# EINAR BLIDBERG





Piazza A. De Gasperi, 32/33
35131 PADOVA, Italy

Telephone : + 39 049 8753372
Facsimile . + 39 049 8763276
Telex : 430032 DNG SH I
E-Mail : shipping@dng.it

**TELEFAX MESSAGE**

| | |
|---|---|
| **Date:** 29th August 2007 | **No. of pages:** 1 (including this page) |
| **To:** CANZANO & C. - Bari | **Fax No.:** 080 5235440 |
| **Attn:** Mr. Canzano | |
| **From:** DN. G. S.p.A. – Padova Nelde Mognol | **Fax No.:** +39 049 8763276 |

Re. M/V "TASMAN START »

Kindly inform the Owners that Charterers have remitted Usd. 189,159.28 to cover

hire, as per the following breakdown:

| | | |
|---|---|---|
| Hire 28/08/07 09.00 gmt – 27/09/07 09.00 gmt<br>30 days @ $ 0.50625x397082/30 | US.$ | 201,022.76 |
| Repr./Cables | US.$ | 700.00 |
| 1,25% Commission on hire | US.$ | (2,512.78) |
| Invoice dtd 27/07/07 – damaged gratings | US.$ | 5,978.00 |
| OFF HIRE : 18/08/07 08.00 LT – 20/08/07 09.00 LT    " 45<br>2d 1h x 0.50625 x 397082 | US.$ | (13,680.72) |
| Bunkers' consumption on off hire<br>Ifo 1.9mts x $ 368.50 | US.$ | (700.15) |
| Mdo 2.7mts x $ 656.00 | US.$ | (1,771.20) |
| Reversal on 1,25% Comm. On off hire | US.$ | 171.01 |
| Reversal on repr. | US.$ | (47.84) |
| **TOTAL AMOUNT** | US.$ | 189,159.28 |

Best regards,
DN.G. S.p.A.

Nelde Mognol

# EXHIBIT E
# DECLARATION OF
# EINAR BLIDBERG

## Viviana Uccheddu

**From:**   Viviana Uccheddu
**Sent:**   den 28 augusti 2007 09:55
**To:**     'oceanreefer@oceanreefer.co.uk'
**Subject:** RE: stina

Dear Tony,

Please find here enclosed the BB calculation for the M/V Stina.

Best regards,
HHS
As agents only
Viviana

-----Original Message-----
**From:** oceanreefer@oceanreefer.co.uk [mailto:oceanreefer@oceanreefer.co.uk]
**Sent:** den 28 augusti 2007 21:57
**To:** shipping
**Subject:** stina

FROM: Oceanreefer Services Ltd
DATE: 28-AUG-2007 20.57
MSG.: 202630

viviana/tony

the weather was lousy but it was nice all the same.

stina

chtrs are requesting a detailed breakdown of yr bb calculation.

rgds

> ========= *Original Message* ======== <
From: HHS / Viviana
To: Ocean Reefer
Re: M/V Stina - Acc. Seven Hills, C/P dated 21st August 2007.


Dear Tony,

Hope you had a nice summer.


We send you, here enclosed, the preliminary 1st hire invoice for the
M/V Stina for acc. Seven Hills.


Best regards,

HOLY HOUSE SHIPPING
Viviana Uccheddu
As agents only

Tel: +46(0)8-237460
Fax: +46(0)8-7915039

This e-mail message has been scanned for Viruses and Content and cleared by
MailMarshal - For more information please visit www.marshalsoftware.com

2007-09-03

### PRELIMINARY INVOICE

Owning Company :- **Stina Shipping Ltd**

c/o HOLY HOUSE SHIPPING AB
Box 1150  S - 111  81 STOCKHOLM, SWEDEN

Charterer :- Seven Hills

Broker :- Ocean Reefer

Invoice Dated :- 27th August 2007 - Nr: 001/07

As per C/P Dated 21st August 2007

We debit you :- USD  356 285,13

Calculated as follows:- Hire 15 days: USD 81 571,18  plus
BB: USD  283 849,47
Less 2,50 % commission

Payment terms :- as per C/P
Receiver :- HOLY HOUSE SHIPPING AB
PO Box 1150
S - 111 81 STOCKHOLM, SWEDEN

Bank:- NORDEA
Branch :- STOCKHOLM
Swift Code :- NDEASESS
Account # SE74 3000 0000 0396 8775 5482

Correspondent Bank New York:- JP Morgan Chase Bank
Swift Code:- CHASUS33
AbA Routing:- 021 000 021

Message upon payment :- M/V STINA - Preliminary 1st Hire

03-Sep-2007 10:33 Fran:HOLY HOUSE          +4687915039          Till:Fax Server          P.8/8

| **BB** | Guayaquil- Pass(Aug) | 18 kts | time | hire | cbft | | **BB Hire** |
|--------|----------------------|--------|------|------|------|-------|-------------|
| BB hire | | 6238 | 18 | 14,43981 | 0,35 | 466121 | **78 524,84** |
| BB bunkers | mtons tot | | time | price Gib at del | | | |
| | | 30 hfo | 14,43981 | 380 | | | **164 613,89** |
| | | 1 mdo | 14,43981 | 670 | | | **9 674,68** |
| | | | | Pan Can cost | | | 26 958 |
| | | | | Pan Can 18 hrs | | | 4 079 |
| | | | | **Total BB** | | | **283 849,47** |