Gregory G. Barnett, Esq. (GGB-3751)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHIQUITA INTERNATIONAL LIMITED and
GREAT WHITE FLEET LIMITED

                        07 CIV 6786 (PKL)

                Plaintiff,

       - against -                     **DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO VACATE ATTACHEMENT**

MV BOSSE her engines, boilers, tackle, furniture,
apparel, etc., *in rem*; BOSSE SHIPPING LTD., AND
HOLY HOUSE SHIPPING AB *in personam*

                Defendants
-----------------------------------------------------------X

GREGORY G. BARNETT, under the penalty of perjury declares that the following is true and correct:

1.    I am a member of the firm of CASEY & BARNETT, attorneys for Plaintiffs Chiquita International Limited and Great White Fleet Ltd. in the above-entitled action, and duly admitted to the practice of law before the State and Federal Courts in New York, including this Honorable Court, and am fully familiar with the facts and circumstances surrounding this litigation including the pleadings and proceedings heretofore had herein.

2. I make this Declaration in support of defendants Motion in Opposition to Defendants motion to Vacate.

3. On August 9, 2007 I sent an email to Holy House, the manager of the MV BOSSE.

4. Attached to the e-mail of August 9, 2007 was a letter to Holy House dated the same day advising them that there property was attached in New York; the letter advising of the attachment by the bank dated August 8, 2007; an Order from the Court for the initial conference; the Complaint and Waivers of Service for Bosse Shipping and Holy House.

5. I attach as Exhibit 1 the e-mail of August 9, 2007, the attached letter to Holy House, the bank letter and the Court Order.

6. On August 23, 2007 I sent an e-mail to Michael Unger, Esq., counsel for Bosse and Holy House, advising him that Deutsche bank attached $77,699.29 on August 20, 2007.

7. I attach as Exhibit 2 the e-mail of August 23, 2007 with the letter from Deutsche bank I received on August 22, 2007.

Dated: New York, NY
       September 5, 2007

By: _____
Gregory G. Barnett, Esq.
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225