# EXHIBIT 1

## Gregory Barnett

**From:** Gregory Barnett [ggb@caseybarnett.com]
**Sent:** Thursday, August 09, 2007 3:30 PM
**To:** 'shipping@holyhouse.se'
**Subject:** Chiquita v. HolyHouse et al

Dear Sir/Madame:

Please find attached various information concerning a lawsuit filed against you in the Southern District of New York.

regards
Greg Barnett

**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
*Telephone: (212) 286-0225*
*Facsimile: (212) 286-0261*
*Web: www.caseybarnett.com*

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH

* Admitted in NY and NJ
** Admitted in NY, NJ, La and OH

NEW JERSEY OFFICE
*Casey & Barnett, LLP*
25 Prospect Street
Morristown, NJ 07960

Tel: (973) 993-5161
Fax: (973) 539-6409

August 9, 2007

*<u>Via e-mail</u>*
Holy House Shipping AB
Kungsgatan 55
P.O. Box 1150
S-111 81 Stockholm, Sweden

    Re:    Chiquita & GWF v. MV Bosse etc., et al
           **07 Civ. 6786; USDC SDNY**
           Our File: 153-16

Dear Sir/Mademe:

    We represent Chiquita and GWF in the above mentioned matter and write to you to advise that a lawsuit has been commenced against the MV BOSSE, Bosse Shipping Ltd. and Holy House Shipping AB in the United States District Court for the Southern District of New York. We attach the Complaint for your review.

    We also advise that pursuant to the *ex parte* order of maritime attachment and garnishment, your property was attached in New York as follows:

    JP Morgan Chase - $9,989.00 (August 7, 2007)

    We provide the confirmation of attachment by JP Morgan for your review.

    Lastly, we attach the Court's scheduling order for a preliminary conference (October 4, 2007) and A Notice of Suit and Request for Waiver of Service. We ask that you please execute the Waiver and send it back to the undersigned at your earliest convenience.

    We look forward to hearing from you soon.

                                    Very truly yours,
                                    CASEY & BARNETT, LLC

                                    Gregory G. Barnett

# RAWLE & HENDERSON LLP



CARL D. BUCHHOLZ, III
215-575-4235
CBUCHHOLZ@RAWLE.COM

LILIAN V. PHILIPOSIAN
215-575-4237
LPHILIPOSIAN@RAWLE.COM

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

www.rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

August 8, 2007

**Via Email: ggb@caseybarnett.com**
Gregory G. Barnett, Esquire
Casey & Barnett, LLC
317 Madison Avenue, 21st Floor
New York, NY 10017

    Re:    **Chiquita International Limited and Great White Fleet Limited v. MS Bosse, et al.**
            **S.D.N.Y. 07-6786**
            **Our File No.: 444,218-371**

Dear Mr. Barnett:

Pursuant to a writ of maritime attachment served by you on behalf of Chiquita International Limited and Great White Fleet Limited on JP Morgan Chase, funds in the amount of $9,989.00 being wired transferred through the Bank from Holy House Shipping AB were restrained on August 7, 2007.

Pursuant to Local Admiralty Rule B.2 of the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York, please notify defendant of the restraint of these funds and provide the undersigned with confirmation of the notification.

If you have any additional questions regarding the restrained funds, please give me a call.

Very truly yours,

RAWLE & HENDERSON LLP

By: *[signature]*
    Carl D. Buchholz, III
    Lilian V. Philiposian
CDB/LVP/kg
cc:    Mr. Norberto B. Bonga - **Email**: Norberto.B.Bonga@jpmchase.com
       Ms. Johnette Reid - **Email**: Johnette.Reid@jpmchase.com
       Teresa Goldberg, Esquire – **Via Email**: teresa.j.goldberg@chase.com

2125701-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

8/2/07

CHAMBERS OF
PETER K. LEISURE
DISTRICT JUDGE

RE: *Chiquita Int'l. v. M/V Bosse*
07 Civ. 6786    (PKL)

This action has been assigned to Judge Peter K. Leisure for all purposes.

A preliminary pre-trial conference in this matter has been scheduled for October 4, 2007 at 10:00 am. The conference will take place in **COURTROOM 18-B** at the United States Courthouse, **500 PEARL STREET**.

**PURPOSE**

Case management and scheduling pursuant to Fed.R.Civ.P. 16.

To discuss settlement; explore and narrow issues for contemplated motions; stipulate to facts.

Attorneys who appear MUST have knowledge of the facts of the action; be authorized to settle; and to enter into stipulations.

IT IS THE RESPONSIBILITY OF THE RECIPIENT OF THIS LETTER TO ADVISE ALL CONCERNED PARTIES OF ITS CONTENTS WITHIN FIVE (5) DAYS OF RECEIPT.

**RULE 26(f) REQUIREMENTS**

The parties are directed to confer with each other at least twenty-one (21) days prior to this conference as directed by Fed.R.Civ.P. 26(f). Within fourteen (14) days after such conference, they are required to submit to the Court a written report outlining their proposed Discovery Plan.

**SCHEDULING/ADJOURNMENTS**

Scheduling matters should be directed to Ms. Eileen Chan, Courtroom Deputy. Messages should be left at **(212) 805-0109**.

CONFERENCES MAY NOT BE ADJOURNED WITHOUT PRIOR APPROVAL OF THE COURT UPON SHOWING OF GOOD CAUSE. CONSENT AND APPROVAL MUST BE OBTAINED FROM ALL PARTIES **BEFORE** CONTACTING THE COURT.

(rev.3/1/04 ECF)