# EXHIBIT 2

# Gregory Barnett

**From:** Gregory Barnett [ggb@caseybarnett.com]
**Sent:** Thursday, August 23, 2007 4:29 PM
**To:** 'UNGER, MICHAEL E.'
**Subject:** RE: Bosse v. GWF



Deutsche Bank
notice.pdf (29 K..

Mike,

As previously mentioned please be advised that Deutsche Bank AG attached $77,699.29 as of August 20.  I attach the notice from Deutsche Bank.

Greg

-----Original Message-----
From: UNGER, MICHAEL E. [mailto:UNGER@FREEHILL.COM]
Sent: Thursday, August 23, 2007 9:24 AM
To: Gregory Barnett
Subject: RE: Bosse v. GWF


Greg,

I was told by BONY they were GWF Ltd. funds.  I have received no formal written notice of the restraint as yet but will check with the bank.  I presume your position is they are separate and unrelated companies?

Regards,
Mike

-----Original Message-----
From: Gregory Barnett [mailto:ggb@caseybarnett.com]
Sent: Thursday, August 23, 2007 9:02 AM
To: UNGER, MICHAEL E.
Subject: RE: Bosse v. GWF

Mike,

I have just been informed that the payment of $147,735.45 that was attached by The Bank of New York on August 20,2007 was attached in error.  The funds are Great White Fleet (US) Ltd. funds not Great White Fleet Ltd. funds.

Please notify the bank immediately to release these funds.


Regards
Greg Barnett

-

------------------------------------------------
PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

# Deutsche Bank AG

60 Wall Street, New York, NY 10005
Mail Stop: NYC60-36082

**Charles Ro**
Legal Department
Telephone: (212) 250-4945
Facsimile: (212) 797-4567

---

THIS TRANSMISSION CONSISTS OF ____ PAGES (INCLUDING THIS COVER)

    **To:**    Gregory Barnett, Esq.

    **Fax:**   (212) 286-0261

    **Date:**  August 22, 2007

Re: Chiquita International Limited and Great White Fleet Limited v. MV Bosse her engines, boilers, tackle, furniture, apparel, etc., *in rem*; Bosse Shipping Ltd. and Holy House Shipping AB *in personam*

Dear Sir/Madam:

This is to confirm that $77,699.29 is being held in regards to the above Maritime Attachment as discussed with your office earlier today.

Thank you,
Charles Ro

*CONFIDENTIAL NOTE:* This facsimile message contains confidential information sent by an attorney or her agent and is intended solely for the use of the addressee. The information may be protected by one or more legal rules including attorney-client privilege. If the reader of this message is not the intended recipient, you are hereby notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you received this fax in error, please notify us immediately by telephone and return it by mail to the address above. Thank you.