384-07/MEU
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x   07 cv 6786 (PKL)

CHIQUITA INTERNATIONAL LIMITED and GREAT
WHITE FLEET LIMITED,

       Plaintiffs,  **REPLY AFFIRMATION**
                **OF**
 -against-          **MICHAEL E. UNGER**

M/V BOSSE, her engines, boilers, tackle, furniture, apparel,
etc., *in rem,* BOSSE SHIPPING LTD., and HOLY HOUSE
SHIPPING AB *in personam,*

       Defendants.
------------------------------------------------------------------x

  MICHAEL E. UNGER, affirms the following under penalty of perjury:

  1. I am an attorney admitted to practice before this Court and am a partner in the law firm of Freehill, Hogan & Mahar, LLP, attorneys for Defendants Holy House and Bosse Shipping herein. I submit this Affirmation in further support of the instant motion to vacate the Rule B attachment of certain funds which have been restrained pursuant to the Order and Process of Maritime Attachment and Garnishment ("PMAG") issued in this action.

  2. Attached hereto as Exhibit A are true and correct copies of printouts from the Holy House Shipping AB website.

  3. Holy House's mailing address and fax number are readily available from its website.

Dated: New York, New York
   September 17, 2007

                 /s/ Michael E. Unger
                 _____
                 MICHAEL E. UNGER

NYDOCS1/290435.1

EXHIBIT A

Reply Affirmation of
Michael E. Unger



# Holy House Shipping

Holy House is a shipping company carrying out full technical and commercial management of refrigerated cargo ships of classical design.

The Holy House principal office is located in Stockholm, Sweden, where the company continues to excel in its field, privileged by its long experience in this Mecca of reefer shipping.

Some 800 sailors from more than twenty nations earn their living onboard the ships operated by Holy House Shipping, serving all traditional refrigerated trades.

For more than 30 years Holy House has had the pleasure of cooperating with all major traders and suppliers in the reefer industry.

Ship's Particulars ▼

Con'
Links
Home



### Contact Holy House

Holy House Shipping AB
Box 1150
S-111 81 Stockholm

Phone: +46-8-23 74 60
Fax: +46-8-791 50 39
E-mail: shipping@holyhouse.se

Visiting adress:
Kungsgatan 55



## M/V "Bosse" Description

**Owner:** Bosse Shipping Ltd
**Flag:** Barbados
**Port of Registry:** Bridgetown
**Built:** Japan 1984
**Call Sign:** 8PTO
**Sat "C" No:** 431 423 310
**Total Cubic:** 439,462 ft³
**Deck Area:** 4,909 m²
**Class:** ABS highest class
**Number of Holds/Hatches/Compts:** 4/4/15
4 Side Ports each side
**Cranes:** 4 x 15 mt
**Hatch Openings:** 11.70 m x 7.50 m
**Summer Deadweight:** 9,321 on 8.67 m
**L.O.A:** 149.03 m
**Breadth:** 20.60 m
**Depth:** 13.00 m
**International GRT/NRT:** 9032/4268
**Temperature Range:** -25ºC / +32ºC



| Cargo Holds | ft³ | m² |
|---|---|---|
| Hold 1 A-Deck | 26,093 | 221 |
| Hold 1 B-Deck | 12,887 | 147 |
| Hold 1 C-Deck | 11,316 | 141 |
| **Hold 1 Total** | **50,296** | **509** |
| Hold 2 A-Deck | 38,056 | 392 |
| Hold 2 B-Deck | 31,382 | 370 |
| Hold 2 C-Deck | 28,803 | 343 |
| Hold 2 D-Deck | 25,343 | 282 |
| **Hold 2 Total** | **123,584** | **1,387** |
| Hold 3 A-Deck | 36,421 | 385 |
| Hold 3 B-Deck | 32,355 | 391 |
| Hold 3 C-Deck | 32,084 | 390 |
| Hold 3 D-Deck | 31,756 | 370 |
| **Hold 3 Total** | **132,616** | **1,536** |

|  |  |  |
|---|---|---|
| Hold 3 Total | 132,010 | 1,330 |
| Hold 4 A-Deck | 38,858 | 414 |
| Hold 4 B-Deck | 34,751 | 417 |
| Hold 4 C-Deck | 32,861 | 378 |
| Hold 4 D-Deck | 26,496 | 268 |
| **Hold 4 Total** | **132,966** | **1,477** |
|  |  |  |
| **GRAND TOTAL** | **439,462** | **4,909** |

**Reefer Plant:** R22 Direct Expansion
**Air Circulation:** 90/hour
**Air Renewal:** 1.4/hour
**Wooden Gratings:** Maximum load 5 tons
Forklifts to have 4 wheels with pneumatic tyres, one in each corner, with a m̲ including cargo.
**Reefer Containers:** 30 plugs         12 FEU + 18 TEU
(Container Loading only after Masters/Owners approval)

**Engine:** Akasaka-Mitsubishi 7UECS52HA - 9600 HP @ 160 rpm

All figures given for guidance only and without guarantee.

🖨 Printer-friendly version



## M/V "Kea" Description

**Owner:** Kea Shipping Ltd
**Flag:** Barbados
**Port of Registry:** Bridgetown
**Built:** Argentina 1982
**Call Sign:** 8PTP
**Sat "C":** 431 423 410
**Total Cubic:** 444 892 ft³
**Class:** ABS highest class, ICE class C
**Number of Holds/Hatches/Compts :** 4/4/14
4 Side Ports each side – 2.00 m x 2.40 m
**All hatches:** 13.10 m x 8.50 m
**Cranes:** 4 x 5 tons
**Summer Deadweight:** 10,452 on 9,25 m
**LOA/Beam/Depth:** 146.5 m/21.0 m/13.0 m
**GRT / NRT:** 9 801 / 4 691
**Temperature Range:** -30°C / +15°C in 8 zones



| Cargo Holds | ft³ | m² |
|---|---|---|
| Hold 1 A-Deck | 37,998 | 381.9 |
| Hold 1 B-Deck | 29,520 | 286.5 |
| Hold 1 C-Deck | 19,328 | 227.4 |
| Hold 1 D-Deck | 15,839 | 172.7 |
| **Hold 1 Total** | **102,685** | **1 068.5** |
| Hold 2 A-Deck | 42,145 | 420.2 |
| Hold 2 B-Deck | 32,112 | 399.4 |
| Hold 2 C-Deck | 29,767 | 362.8 |
| Hold 2 D-Deck | 26,034 | 295.6 |
| **Hold 2 Total** | **130,058** | **1,478.0** |
| Hold 3 A-Deck | 42,710 | 433.8 |
| Hold 3 B-Deck | 34,221 | 437.0 |
| Hold 3 C-Deck | 34,354 | 436.2 |
| Hold 3 D-Deck | 34,387 | 423.6 |
| **Hold 3 Total** | **145,672** | **1,730.6** |

|  |  |  |
|---|---|---|
| Hold 4 A-Deck | 41,011 | 405.7 |
| Hold 4 B-Deck | 25,466 | 282.2 |
| **Hold 4 Total** | **66,477** | **687.9** |
|  |  |  |
| **GRAND TOTAL** | **444,892** | **4,965.0** |

**Reefer Plant:** R22 Brine
**Air Circulation:** 90/hour
**Air Renewals:** Between 1.83 and 4.45/hour
**Wooden Gratings:** Warkaus type- Maximum load 5 tons
Forklift to have 4 wheels with pneumatic tyres, one in each corner, with a ma: including cargo.

**Engine:** SULZER 7 RND 68 M - 13330 BHP

All figures given for guidance only and without guarantee.

Printer-friendly version



# M/V "Baltic Start" Description

**Owner:** Baltic Start Shipping Ltd
**Flag:** Barbados
**Port of Registry:** Bridgetown
**Built:** Japan 1983
**Call Sign:** 8PTQ
**Satellite "C":** 431 499 012
**Total Cubic:** 397,681 ft³
**Deck Area:** 4,349 m²
**Class:** ABS
**Number of Holds/Hatches/Compts:** 4/4/14
**Cranes:** 5 x 10mt
**Summer Deadweight:** 9464 on 8.78 m
**Loa:** 140,49 m
**Breadth:** 22.22 m
**Depth:** 13.00 m
**GRT/NRT:** 9628/3664

| Cargo Holds | ft³ | m² | Hatches |
|---|---|---|---|
| Hold 1 A-Deck | 27,227 | 254 | 10.80m x 9.40m |
| Hold 1 B-Deck | 18,293 | 201 | |
| Hold 1 C-Deck | 15,080 | 175 | |
| **Hold 1 Total** | **60,600** | **630** | |
| | | | |
| Hold 2 A-Deck | 36,233 | 374 | 11.60m x 9.40m |
| Hold 2 B-Deck | 32,101 | 367 | |
| Hold 2 C-Deck | 29,523 | 344 | |
| Hold 2 D-Deck | 25,921 | 289 | |
| **Hold 2 Total** | **123,778** | **1,374** | |
| | | | |
| Hold 3 A-Deck | 37,540 | 393 | 11.60m x 9.40m |
| Hold 3 B-Deck | 33,125 | 400 | |
| Hold 3 C-Deck | 33,479 | 404 | |
| Hold 3 D-Deck | 33,020 | 390 | |
| **Hold 3 Total** | **137,164** | **1,587** | |

| | | | |
|---|---|---|---|
| Hold 3 Total | 137,104 | 1,367 | |
| Hold 4 A-Deck | 37,611 | 392 | 10.80m x 9.40m |
| Hold 4 B-Deck | 26,274 | 242 | |
| Hold 4 C-Deck | 12,254 | 124 | |
| **Hold 4 Total** | **76,139** | **758** | |
| | | | |
| **GRAND TOTAL** | **397,681** | **4,349** | |

**Reefer Plant:** R22 Direct Expansion
**Air Circulations:** 90/hour
**Air Renewals:** 3/hour
**Bunker Capacity:** 1,270 mt IFO 380 and 370 mt MDO     18 TEU on deck
**Tween-Deck Max Load:** 1.54 mt/m²
**Wooden Gratings:** Maximum load 5 tons
Forklift to have 4 wheels with pneumatic tyres, one in each corner, with a ma: including cargo.

**Engine:** UBE – MHI 7UEC 60HA - 9120 kW

All figures given for guidance only and without guarantee.

Printer-friendly version



## M/V "Stina" Description

**Owner:** Stina Shipping Ltd
**Flag:** Barbados
**Port of Registry:** Bridgetown
**Built:** Japan 1983
**Call Sign:** 8PTR
**Sat "C" No:** 431 499 014
**Total Cubic:** 466,121 ft³
**Deck Area:** 5,089 m²
**Class:** ABS
**Number of Holds/Hatches/Compts:** 4/4/14
**Cranes:** 5 x 10 mt
**Hatch Openings:** 12.40 m x 9.40 m
**Summer Deadweight:** 10,601 on 8.82 m
**L.O.A:** 151.50 m
**Breadth:** 22.80 m
**Depth:** 13.10 m
**International GRT/NRT:** 10535/4212



| Cargo Holds | ft³ | m² |
|---|---|---|
| Hold 1 A-Deck | 33,938 | 304 |
| Hold 1 B-Deck | 21,436 | 236 |
| Hold 1 C-Deck | 17,516 | 205 |
| **Hold 1 Total** | **72,890** | **745** |
| | | |
| Hold 2 A-Deck | 46,792 | 477 |
| Hold 2 B-Deck | 40,471 | 463 |
| Hold 2 C-Deck | 37,151 | 439 |
| Hold 2 D-Deck | 33,761 | 387 |
| **Hold 2 Total** | **158,175** | **1,766** |
| | | |
| Hold 3 A-Deck | 44,355 | 461 |
| Hold 3 B-Deck | 38,281 | 464 |
| Hold 3 C-Deck | 38,564 | 466 |
| Hold 3 D-Deck | 38,458 | 448 |
| **Hold 3 Total** | **159,658** | **1,839** |

|  |  |  |
|---|---:|---:|
| Hold 4 A-Deck | 37,999 | 367 |
| Hold 4 B-Deck | 24,050 | 233 |
| Hold 4 C-Deck | 13,349 | 139 |
| **Hold 4 Total** | **75,398** | **739** |
| | | |
| **GRAND TOTAL** | **466,121** | **5,089** |

**Reefer Plant:** R22 Direct Expansion
**Air Circulation:** 90/hour
**Air Renewals:** 3/hour
**Bunker Capacity:** 1,500 mt IFO 380 and 300 mt MDO
**Wooden Gratings:** Maximum load 5 tons
Forklifts to have 4 wheels with pneumatic tyres, one in each corner, with a m̲ including cargo.

**Engine:** UBE – MHI 8UEC 60HA - 10591 kW

All figures given for guidance only and without guarantee.

🖶  Printer-friendly version



## M/V "Morillo" Description

**Owner:** Morillo Shipping Ltd
**Flag:** Cook Islands
**Port of Registry:** Rarotonga
**Satellite "C":** 451 817 710
**Built:** Norway 1971
**Call Sign:** E5U2128
**Class:** Germanischer Lloyd – Highest Class
**Number of Holds/Hatches/Compts:** 5/5/19,
1 Side ports P & S each hold: 2.116 x 1.566 m
**Total Cubic:** 474,862 ft³
**Total Deck Area:** 5,308 m²
**Derricks:** 10x10 tons & 2x15,0 tons
**Summer Deadweight:** 10,800 tdw on 9,175m
**Loa/Beam/ Depth:** 155.80m / 21.30m / 12.70m
**GRT/NRT:** 9,983/5,217
**Temperature Range:** -25°C /+15°C in 8 zones



| Cargo Holds | ft³ | m² | Hatches |
|---|---|---|---|
| Hold 1 A-Deck | 22,937 | 192 | 7,525m x 7,000m |
| Hold 1 B-Deck | 12,510 | 122 | |
| Hold 1 C-Deck | 8,819 | 99 | |
| Hold 1 D-Deck | 7,577 | 61 | |
| **Hold 1 Total** | **51,843** | **474** | |
| Hold 2 A-Deck | 38,967 | 385 | 10,490m x 7,000m |
| Hold 2 B-Deck | 28,540 | 331 | |
| Hold 2 C-Deck | 25,560 | 308 | |
| Hold 2 D-Deck | 22,658 | 275 | |
| **Hold 2 Total** | **115,725** | **1,299** | |
| Hold 3 A-Deck | 36,708 | 364 | 10,490m x 7,000m |
| Hold 3 B-Deck | 26,336 | 321 | (29,504 ft³ with no side shor |
| Hold 3 C-Deck | 29,352 | 363 | |
| Hold 3 D-Deck | 28,092 | 343 | |
| **Hold 3 Total** | **120,488** | **1,391** | |

|  |  |  |  |
|---|---|---|---|
| Hold 4 A-Deck | 36,293 | 372 | 10,490m x 7,000m |
| Hold 4 B-Deck | 23,555 | 306 | (29,432 ft³ with noside shori |
| Hold 4 C-Deck | 30,197 | 373 | |
| Hold 4 D-Deck | 28,226 | 327 | |
| **Hold 4 Total** | **118,271** | **1,378** | |
| | | | |
| Hold 5 A-Deck | 33,347 | 303 | 9,740m x 7,000m |
| Hold 5 B-Deck | 17,102 | 175 | |
| Hold 5 C-Deck | 9,041 | 85 | |
| **Hold 5 Total** | **59,490** | **563** | |
| | | | |
| **GRAND TOTAL** | **465,817** | **5,105** | |
| With no shoring up | 474,862 | 5,308 | |

**Reefer Plant:** R22 Brine System
**Air Circulation:** 90/hour
**Air Renewals:** 3/hour
**Wooden Gratings:** Warkaus type- Maximum load 5 tons
Forklifts to have 4 wheels with pneumatic tyres, one in each corner, , with a n including cargo.

**Engine:** B&W 9K74EF - 17,400 BHP
**Bunker Capacity:** 1,877 mts HFO, 523 mts MDO

All figures given for guidance only and without guarantee.

 Printer-friendly version



## M/V "Tasman Start" Description

**Owner:** Tasman Start Shipping Ltd
**Flag:** Barbados
**Port of Registry:** Bridgetown
**Built:** Japan 1983
**Call Sign:** 8PTE
**Satellite "C":** 431 422 310
**Total Cubic:** 397,082 ft³
**Deck Area:** 4,339 m²
**Class:** ABS
**Number of Holds/Hatches/Compts:** 4/4/14
**Cranes:** 5 x 10m
**Loa:** 140,49 m
**Breadth:** 22.22 m
**Depth:** 13.00 m
**GRT/NRT:** 9632/3664
**Summer Deadweight:** 9464 on 8.78 m

| Cargo Holds | ft³ | m² | Hatches |
|---|---|---|---|
| Hold 1 A-Deck | 27,122 | 254 | 10.80m x 9.40m |
| Hold 1 B-Deck | 18,293 | 201 | |
| Hold 1 C-Deck | 15,080 | 175 | |
| **Hold 1 Total** | **60,495** | **630** | |
| | | | |
| Hold 2 A-Deck | 36,198 | 374 | 11.60m x 9.40m |
| Hold 2 B-Deck | 32,066 | 366 | |
| Hold 2 C-Deck | 29,488 | 343 | |
| Hold 2 D-Deck | 25,851 | 289 | |
| **Hold 2 Total** | **123,603** | **1,372** | |
| | | | |
| Hold 3 A-Deck | 37,328 | 392 | 11.60m x 9.40m |
| Hold 3 B-Deck | 33,090 | 399 | |
| Hold 3 C-Deck | 33,514 | 403 | |
| Hold 3 D-Deck | 32,914 | 389 | |
| Hold 3 Total | 136,846 | 1,583 | |

|               |         |       |                |
|---------------|---------|-------|----------------|
| Hold 3 Total  | 130,840 | 1,363 |                |
| Hold 4 A-Deck | 37,610  | 389   | 10.80m x 9.40m |
| Hold 4 B-Deck | 26,274  | 241   |                |
| Hold 4 C-Deck | 12,254  | 124   |                |
| **Hold 4 Total** | **76,138** | **754** |           |
|               |         |       |                |
| **GRAND TOTAL** | **397,082** | **4,339** |     |

**Reefer Plant:** R22 Direct Expansion
**Air Circulation:** 90/hour
**Air Renewals:** 3/hour
**Bunker Capacity:** 1,270 mt IFO 380 and 370 mt MDO – 18 TEU on deck
**Wooden Gratings:** Maximum load 5 tons
Forklift to have 4 wheels with pneumatic tyres, one in each corner, with a ma: including cargo.

**Engine:** UBE – MHI 7UEC 60HA - 9120 kW

All figures given for guidance only and without guarantee.

🖨  Printer-friendly version



## M/V "Cherry" Description

**Owner:** Cherry Shipping Ltd
**Flag:** Cook Islands
**Port of Registry:** Rarotonga
**Satellite "C":** 451 818 310
**Built:** Norway 1971
**Call Sign:** E5U2134
**Total Cubic Capacity:** 473,498 ft³
**Class:** Germanischer Lloyd - Highest Class
**Number of Holds/Hatches/Compts:** 5/5/19,
1 Side ports P & S each hold: 2.116 x 1.566 m
**Total Deck Area:** 5,308 m²
**Derricks:** 10x10 tons & 2x15,0 tons
**Summer Deadweight:** 10,800 tdw on 9,175m
**Loa/Beam/Depth:** 155.80m/21.30m/12.70m
**GRT/NRT:** 9,983/5,217
**Temperature Range:** -25ºC / +15ºC in 8 zones



| Cargo Holds | ft³ | m² | Hatches |
|---|---|---|---|
| Hold 1 A-Deck | 22,887 | 192 | 7,525m x 7,000m |
| Hold 1 B-Deck | 12,387 | 122 | |
| Hold 1 C-Deck | 8,681 | 99 | |
| Hold 1 D-Deck | 7,872 | 61 | |
| **Hold 1 Total** | **51,827** | **474** | |
| Hold 2 A-Deck | 38,963 | 385 | 10,490m x 7,000r |
| Hold 2 B-Deck | 27,858 | 331 | |
| Hold 2 C-Deck | 25,115 | 308 | |
| Hold 2 D-Deck | 22,658 | 275 | |
| **Hold 2 Total** | **114,594** | **1,299** | |
| Hold 3 A-Deck | 36,391 | 364 | 10,490m x 7,000r |
| Hold 3 B-Deck | 26,262 | 321 | (30,046 ft³ with no side sh |
| Hold 3 C-Deck | 29,278 | 363 | |
| Hold 3 D-Deck | 28,092 | 343 | |
| **Hold 3 Total** | **120,023** | **1,391** | |

| | | | |
|---|---:|---:|---|
| Hold 3 Total | 120,025 | 1,391 | |
| Hold 4 A-Deck | 36,138 | 372 | 10,490m x 7,000r |
| Hold 4 B-Deck | 23,713 | 306 | (29,905 ft³ with no side sh |
| Hold 4 C-Deck | 29,588 | 373 | |
| Hold 4 D-Deck | 28,226 | 327 | |
| **Hold 4 Total** | **117,665** | **1,378** | |
| Hold 5 A-Deck | 33,270 | 303 | 9,740m x 7,000m |
| Hold 5 B-Deck | 17,102 | 175 | |
| Hold 5 C-Deck | 9,041 | 85 | |
| **Hold 5 Total** | **59,413** | **563** | |
| **GRAND TOTAL** | **463,522** | **5 105** | |
| With no shoring up | 473,498 | 5,308 | |

**Reefer Plant:** R22 Brine System
**Air Circulations:** 90/hour
**Air Renewals:** 3/hour
**Wooden Gratings:** Warkaus type- Maximum load 5 tons
Forklift to have 4 wheels with pneumatic tyres, one in each corner, with a ma: including cargo.

**Engine:** B&W - 17,400 BHP
**Bunker Capacity:** 1,840 mts HFO, 450 mts MDO

All figures given for guidance only and without guarantee.

 Printer-friendly version



# M/V "Lapponian" Description

**Owner:** Pink Fox (Cayman) Ltd
**Flag:** Cook Islands
**Port of Registry:** Rarotonga
**Built:** Norway 1992
**Call Sign:** ESU2135
**Satellite "C":** 431 952 610
**Class:** LR + 100 A1 LMC RMC UMS LNC AA
**Cubic Capacity:** 415,810 ft³
**Deck area:** 4776m²
**GRT/NRT:** 7,944/4,632
**DWT @ MTS:** 11 095 @ 9.60 m
**Loa/Beam/Depth:** 140.50 m / 19.70 m / 13.00 m
**Number of Holds/Hatches/Compts:** 4/4/15
**Cranes:** 2 x 8 tonnes + 2 x 36 tonnes
42 Reefer Plugs
Equipped with sideboards
**Containers:**
On Deck/Hatches –  96 TEU, alt 42 FEU + 12 TEU
In Holds –         108 TEU, alt 54 FEU
Total -            204 TEU, alt 96 FEU + 12 TEU



| Cargo Holds | ft³ | m² | Hatches |
|---|---|---|---|
| Hold 1 A-Deck | 36,410 | 394 | 12.60 x 5.40 m |
| Hold 1 B-Deck | 27,016 | 299 | |
| Hold 1 C-Deck | 21,789 | 226 | |
| **Hold 1 Total** | **85,215** | **919** | |
| Hold 2 A-Deck | 31,960 | 340 | 12.60 x 10.00 m |
| Hold 2 B-Deck | 27,051 | 332 | |
| Hold 2 C-Deck | 27,828 | 312 | |
| Hold 2 D-Deck | 23,661 | 258 | |
| **Hold 2 Total** | **110,500** | **1,242** | |
| Hold 3 A-Deck | 32,243 | 344 | 12.60 x 10.00 m |
| Hold 3 B-Deck | 27,828 | 344 | |
| Hold 3 C-Deck | 29,735 | 343 | |
| Hold 3 D-Deck | 20,453 | 334 | |

|  |  |  |  |
|---|---|---|---|
| Hold 3 D-Deck | 29,455 | 334 | |
| **Hold 3 Total** | **119,258** | **1,365** | |
| | | | |
| Hold 4 A-Deck | 37,504 | 411 | 12.60 x 10.00 m |
| Hold 4 B-Deck | 27,369 | 340 | |
| Hold 4 C-Deck | 27,863 | 314 | |
| Hold 4 D-Deck | 16,598 | 185 | |
| **Hold 4 Total** | **109,334** | **1,250** | |
| | | | |
| **GRAND TOTAL** | **424,307** | **4,776** | |

**Air Circulation per Hour:** 90 – Vertical Ventilation    No Side Ports
**Aluminium Gratings**: Maximum load 5 tons.
Forklifts to have 4 wheels with pneumatic tyres, 1 in each corner, with a max including cargo.

Cooling Sections: 1 A, 1 BCD, 2 A, 2 BCD, 3A, 3BCD, 4 A, 4BCD,
Vessel equipped with Bow-Thruster        Vessel equipped with Shaft Genera

All figures given for guidance only and without guarantee.

🖶  Printer-friendly version