17-Sep-2007 15:45 From:HOLY HOUSE          +4687915039              To:Fax Server           P.2/3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CHIQUITA INTERNATIONAL LIMITED and           07 CV 6786 (PKL)
GREAT WHITE FLEET LIMITED,
        Plaintiffs,           **REPLY**
 -against-                                    **DECLARATION OF**
                **EINAR BLIDBERG**
M/V BOSSE, her engines, boilers, tackle, furniture,   **IN FURTHER SUPPORT**
apparel, etc., *in rem*, BOSSE SHIPPING LTD., and     **OF MOTION TO VACATE**
HOLY HOUSE SHIPPING AB *in personam*,                 **ATTACHMENT**

        Defendants.
----------------------------------------------------------------x

  Einar Blidberg, pursuant to Title 28 § 1746 of the United States Code, hereby declares and says the following under penalty of perjury:

  1. I am the same Einar Blidberg who provided the Declaration dated 5 September, 2007 in support of the motion to vacate the attachment of certain funds which have been restrained in this action.

  2. I am informed that in addition to the five (5) wire transfers discussed in my prior Declaration, there have been two (2) additional wire transfers that have been restrained.

  3. The sixth wire transfer was restrained at JPMorgan Chase Bank on September 4, 2007. That wire, in the amount of $3,710.56, relates to the vessel M/V BALTIC START and represents the return of an outstanding balance from a disbursement account with a local agent which acted in respect to the call of the vessel in Limon, Costa Rica. Attached as Exhibit F are documents supporting the above statement. The $20.00 difference between the wire instructions on the attached Exhibit F and the funds restrained probably represents a bank fee.

NYDOCS1/290387.1        1

4.  The BALTIC START is a vessel owned by Baltic Start Shipping Ltd. and has no connection with Bosse Shipping Ltd. The vessel is managed by Holy House on behalf of Baltic Start Shipping pursuant to an agreement with Baltic Start.

5.  The seventh wire was restrained at JPMorgan Chase Bank on September 13, 2007. This wire represents payment of an invoice issued by Holy House in its capacity as manager of the M/V STINA on behalf of Stina Shipping Ltd. for charter hire. Attached as Exhibit G is a copy of the preliminary invoice issued to charterer Seven Hills LLC, a company closely related to Chiquita/Great White Fleet. It appears that Seven Hills LLC deducted $5,000.00 from the amount due. At this time it is unclear as to why the deduction was made.

6.  Neither Bosse Shipping nor Holy House has any financial interest in either of the above transfers.

7.  I repeat my prior statement that neither Holy House nor Bosse Shipping received notice of the August 7, 2007 restrain of $9,989.00 at JPMorgan Chase Bank. Despite that the attorneys for Chiquita/GWF claim to have sent an e-mail to Holy House on August 9, 2007, I have checked and confirm that no such e-mail was ever received.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: Stockholm, Sweden
17 September 2007

_____
Einar Blidberg

NYDOCS1/290387.1                2

Exhibit F

Reply Declaration of
Einar Blidberg

### Fredrik Mattsson

**From:** Mayela [mchacon@grupoha.com]
**Sent:** den 1 september 2007 02 53
**To:** 'Ana Lucia', shipping
**Subject:** RE: M/V Baltic Start

Dear Mr. Mattsson

Sorry for this delay

Please see attach. A WIRE payment was done today to HOLY HOUSE SHIPPING AB, Bank NORDEA Account # SE 74 3000 0000 0396 8775 5482 in the amount of 3,730.56 USD.

Your financial institution may take up to 5 business days to deposit the funds into your account.

If you have any question please contact me.


Best regards,
Mayela Chacón

```
----- Original Message -----
From: "Ana Lucia" <aarias@grupoha.com>
To: "Fredrik Mattsson" <shipping@holyhouse.se>
Cc: <mchacon@grupoha.com>; <hspesny@grupoha.com.>
Sent: Monday, August 27, 2007 10:55 AM
Subject: Re: M/V Baltic Start


> Hi Fredrik I am really really sorry about this situation I did all the
> paper for the finalcial department for the outstanding amount, but I dont
> know what happen I am going to talk with this department and I promise to
> you remit the amount as soon as possible.
> I apologize for all the inconvenience.
> Best Regasds
> Ana Lucia
>
> ----- Original Message -----
> From: "Fredrik Mattsson" <shipping@holyhouse.se>
> To: "Ana Lucia Arias" <aarias@grupoha.com>
> Sent: Monday, August 27, 2007 7:34 AM
> Subject: FW: M/V Baltic Start
>
>
>
>
> -----Original Message-----
> From: Fredrik Mattsson
> Sent: den 27 juni 2007 16:08
> To: 'Ana Lucia Arias'; Jorge Cayasso
> Subject: RE: M/V Baltic Start
> Importance: High
>
>
> URGENT!!!! URGENT!!!!!
>
> Good morning,
```

2007-09-03

> Please be informed that we have still not received the outstanding
> balance of USD 3,730.56 for the final d/a M/V Baltic Start as per below
> messages.
>
> In accordance with your information we expect to receive the amount
> during this week, kindly advise remittance details.
>
> Regards
> Holy House Shipping
> As agents only
> Fredrik Mattsson
>
> -----Original Message-----
> From: Ana Lucia Arias [mailto:aarias@grupoha.com]
> Sent: den 10 januari 2007 20:09
> To: shipping; Jorge Cayasso
> Subject: Re: M/V Baltic Start
>
> Hello happy new year and a lot of blessing.
> I am going to sent this email to acconting department for the payment.
> Have a nice day.
> Ana Lucia
> ----- Original Message -----
> From: "Fredrik Mattsson" <shipping@holyhouse.se>
> To: "Jorge Cayasso" <jcayasso@grupoha.com>
> Cc: "Ana Lucia Arias" <aarias@grupoha.com>
> Sent: Wednesday, January 10, 2007 9:46 AM
> Subject: RE: M/V Baltic Start
>
>
> Dear Ana Lucia & Jorge, happy new year
>
> Kindly note that we have received your final d/a for M/V Baltic Start,
> thank
> you.
>
> The final d/a amounts to USD    8,569.44
> We remitted        USD 12,300.00
> Outstanding our favour    USD    3,730.56
>
> Please remit the outstanding amount (USD 3,730.56). Below please find
> our
> bank details:
>
> HOLY HOUSE SHIPPING AB
> PO Box 1150
> S - 111 81 STOCKHOLM, SWEDEN
>
> Bank:- NORDEA
> Branch:- STOCKHOLM
> Swift Code:- NDEASESS
> Account # SE 74 3000 0000 0396 8775 5482
>
> Correspondent Bank New York:- JP Morgan Chase Bank
> Swift Code:- CHASUS33
> ABA Routing:- 021 000 021
>
> Message upon payment:- Final d/a M/V Baltic Start at P.Moin
>
>
> Kindly advise remittance details.
>
> Best regards
> Holy House Shipping

2007-09-03

```
> As agents only
> Fredrik Mattsson
>
> -----Original Message-----
> From: Jorge Cayasso [mailto:jcayasso@grupoha.com]
> Sent: den 29 november 2006 04:22
> To: shipping
> Subject: RE: M/V Baltic Start
>
> Hello Again Fredrik
> Afirmative we have receive payment $12,300
>
> Thank very much
>
> Regards
>
>
> Jorge Cayasso
> Humberto Alvarez Agency
> Ph (506) 758-0123
> Fax (506) 758-0925
> E-mail: jcayasso@grupoha.com
> Limon, Costa Rica
>
> De: Fredrik Mattsson [mailto:shipping@holyhouse.se]
> Enviado el: martes, 28 de noviembre de 2006 9:23
> Para: Jorge Cayasso
> Asunto: RE: M/V Baltic Start
>
> Dear Jorge,
> Please confirm that you have received the payment for the proforma d/a
> M/V
> Baltic Start.
>
> Best regards
> Holy House Shipping
> As agents only
> Fredrik Mattsson
>
> -----Original Message-----
> From: Jorge Cayasso [mailto:jcayasso@grupoha.com]
> Sent: den 23 november 2006 16:39
> To: shipping; oguerra@chiquita.com; cng@chiquita.com;
> aruiz@chiquita.com;
> rbrown@chiquita.com; gellington@chiquita.com; 'ANNA LAMELZA'
> Cc: 'Maribel Hamm'
> Subject: RE: M/V Baltic Start
>
> Good Day Fredrik
> Please note that No Bl/s of Lading was issue from Costa Rica.
>
> Best Regards
>
> Jorge Cayasso
> Humberto Alvarez Agency
> Ph (506) 758-0123
> Fax (506) 758-0925
> E-mail: jcayasso@grupoha.com
> Limon, Costa Rica
>
> De: Fredrik Mattsson [mailto:shipping@holyhouse.se]
> Enviado el: jueves, 23 de noviembre de 2006 5:18
> Para: oguerra@chiquita.com; cng@chiquita.com; aruiz@chiquita.com;
> rbrown@chiquita.com; gellington@chiquita.com; jcayasso@grupoha.com; ANNA
```

2007-09-03

```
>
> LAMELZA
> Asunto: M/V Baltic Start
> Importancia: Alta
>
>
> This e-mail message has been scanned for Viruses and Content and cleared
> by
> MailMarshal - For more information please visit www.marshalsoftware.com
>
>
> This e-mail message has been scanned for Viruses and Content and cleared
> by
> MailMarshal - For more information please visit www.marshalsoftware.com
>
> ###########################################################################
> ############
> This e-mail message has been scanned for Viruses and Content and cleared
> by MailMarshal
> For more information please visit www.marshalsoftware.com
> ###########################################################################
> ############
>
>
>
###########################################################################
> This e-mail message has been scanned for Viruses and Content and cleared
> by MailMarshal
> For more information please visit www.marshalsoftware.com
>
###########################################################################
>
> _____ Información de NOD32, revisión 2482 (20070824) _____
>
> Este mensaje ha sido analizado con NOD32 antivirus system
> http://www.nod32.com
>
>


         _____ Información de NOD32, revisión 2494 (20070831) _____

Este mensaje ha sido analizado con NOD32 antivirus system
http://www.nod32.com
```

2007-09-03

Exhibit G

Reply Declaration of
Einar Blidberg

14-Sep-2007 14:25 From:HOLY HOUSE                +4687915039                Till:Fax Server                P.2/6

## PRELIMINARY INVOICE

Owning Company - **Stina Shipping Ltd**

c/o HOLY HOUSE SHIPPING AB
Box 1150  S - 111  81 STOCKHOLM, SWEDEN

Charterer :- Seven Hills

Broker :- Ocean Reefer

Invoice Dated - 11th September 2007 - Nr  002/07

As per C/P Dated 21st August 2007

We debit you - USD 80 481,90

Calculated as follows:- Hire 15 days: USD 81 571,18  less 2,50% comm
plus USD 950 Communications

Payment terms :- as per C/P
Receiver :- HOLY HOUSE SHIPPING AB
PO Box 1150
S - 111 81 STOCKHOLM, SWEDEN

Bank:- NORDEA
Branch :- STOCKHOLM
Swift Code :- NDEASESS
Account # SE74 3000 0000 0396 8775 5482

Correspondent Bank New York:- JP Morgan Chase Bank
Swift Code.- CHASUS33
AbA Routing:- 021 000 021

Message upon payment :- M/V STINA - Preliminary 2nd Hire