**MEMO ENDORSED**

CASEY & BARNETT, LLC
ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

* Admitted in NY and NJ
** Admitted in NY, NJ, La and OH

Tel: (973) 993-5161
Fax: (973) 539-6409

March 13, 2008

*Via Facsimile: two (2) pages (212) 805-7913*
The Honorable Peter K. Leisure
U.S. District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/08

Re:   *Chiquita and GWF v. MV Bosse etc..., et al.*
      2007 Civ 6786 (PKL)   07 CV 7221
      Our File: 153-16

Dear Honorable Judge:

We write in reference to the above entitled action to request a three month extension for the Civil Case Management Plan. This is the first request for an extension of time for discovery and defendant joins in the request.

As the Court will recall this claim involves loss associated with the delay of the MV BOSSE due to a arrest in Syria. It is alleged that as a consequence of the delay associated with the arrest, Chiquita had to divert another vessel, the MV KEA, to cover the market the MV BOSSE was originally going to cover. The market that the MV KEA was going to fill therefore sustained a loss.

Discovery in this matter is somewhat more complicated than the normal cargo claim as it involves two vessels and cargoes and offices in many different countries including Belgium, Bermuda, Sweden, Costa Rica, Italy, Turkey and Syria. Compounding the problems is that Chiquita's transportation arm, Great White Fleet, has recently sold off all of its owned vessels and both Chiquita and GWF have had massive lay offs. Consequently, obtaining the necessary documents and located individuals for depositions are difficult.

The parties are working together and have produced documentation that is currently available at this stage and will be entering into a Confidentiality Agreement for certain confidential documents. With the extension of time, the case management plan would be as follows:

The Honorable Peter K. Leisure
March 14, 2008
Page 2 of 2

Plaintiff's expert disclosures due: 6/15/08;

Defendant's expert disclosures due: 7/15/08;

All depositions completed: 8/15/08;

Requests to Admit completed by: 7/15/08;

All discovery completed by: 8/15/08

We would also request that the Court conference scheduled for April 16th be rescheduled for sometime after July 16, 2008.

We appreciate the Court's assistance in this matter and look forward to the Court's comments.

Very truly yours,

Gregory G. Barnett

> Plaintiff's request for an extension of time is hereby granted as set forth above and the April 24th conference is rescheduled to July 30 at 10:00 a.m.
>
> SO ORDERED  3/18/08
>
> USDJ

cc: Michael E. Unger  *212-425-1901*
FREEHILL, HOGAN & MAHAR, LLP
80 Pine Street
New York, NY 10005