*Please Return to Cashier Leisure*
*Rate Ant Bearing Amount.*

384-07/MEU

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHIQUITA INTERNATIONAL LIMITED and
GREAT WHITE FLEET LIMITED,

                Plaintiff,

- against -

M/V BOSSE, her engines, boilers, tackle, furniture, Apparel, etc., *in rem*, BOSSE SHIPPING LTD., and HOLY HOUSE SHIPPING AB, *in personam*,

                Defendant,

---

07 CIV 6786 (PKL)

ORDER

## ORDER DIRECTING GARNISHEE BANKS TO PAY ATTACHED FUNDS INTO THE REGISTRY OF THE DISTRICT COURT

**WHEREAS** the parties have agreed that the funds attached at JPMorgan Banks, Deutsche Bank and any other garnishee holding assets of Defendants BOSSE SHIPPING LTD. and HOLY HOUSE SHIPPING AB which were restrained pursuant to the maritime writ of attachment issued in the above-captioned maritime action should be paid into the Registry of the Court; and good cause having been shown for such an Order;

**IT IS HEREBY ORDERED** that, pursuant to Rule B(3)(a) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, that all garnishees holding the attached funds shall pay same into the Registry of the Court, and the garnishee banks shall have discharged their obligations as garnishees in this action upon making such payment of the attached funds into the Registry of the Court; and it is further

273445

NYDOCS1/304726.1

2

ORDERED that the Clerk of the Court shall deposit the attached funds in an account in which the attached funds will earn interest.

Dated: New York, New York
      May 19, 2008

"SO ORDERED"

Hon. Peter K. Leisure, U.S.D.J.