384-07/WJP/JPG
FREEHILL, HOGAN & MAHAR, LLP
Attorneys for Plaintiff BOSSE SHIPPING LTD.
80 Pine Street
New York, New York 10005
(212) 425-1900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BOSSE SHIPPING LTD.,

                          Plaintiff,

            against

GREAT WHITE FLEET LTD.,

                       Defendant.
-----------------------------------------------------------------x

07 Civ. 6786 (PKL)

**ORDER DIRECTING
RELEASE OF FUNDS AND
DISCONTINUANCE OF
ACTION**

WHEREAS, it has been reported to the Court that the parties have settled the claims

which are the subject matter of this action; and

WHEREAS, the Clerk of the Court is currently holding $800,610.03, plus interest, in the

Court's Registry in connection with this matter;

**IT IS HEREBY ORDERED AND DIRECTED** that any funds relating to this matter

within the Court's Registry be released and distributed to the parties as follows:

> Seventy-five Thousand Dollars and 00/100 ($75,000) payable to "Casey & Barnett, as
> attorneys."

> The entire remaining balance of the Attached Funds ($725,610.03), plus any interest,
> payable to "Freehill, Hogan & Mahar, as attorneys."

**IT IS HEREBY FURTHER ORDERED AND DIRECTED** that this action be

discontinued without prejudice and without costs as to either party as previously set forth in the

Court's Order of January 5, 2009.

NYDOCS1/323362.1

Dated: New York, New York
       February ___, 2009

**"SO ORDERED"**

Hon. Peter K. Leisure, U.S.D.J.

2